UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Self, | Civil Action No. 0:17-cv-02521-DWF-BRT |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Credit Acceptance Corp., | |
| Defendant. | |

Plaintiff Anthony Self and Defendant Credit Acceptance Corp. hereby stipulate that the above-captioned matter is dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

Dated: October 26, 2018

By /s/ Skip Durocher

DORSEY & WHITNEY LLP
   Skip Durocher (#0208966)
   durocher.skip@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

4818-5859-9289\1

          KING & MURRAY PLLC
              Stephen W. King (MI P56456)
              Admitted Pro Hac Vice
              sking@kingandmurray.com
     Suite 100, 355 S. Old Woodward
     Birmingham, MI 48009
     Telephone: (248) 792-2398
     Facsimile: (248) 646-8747

***Attorneys for Defendant Credit Acceptance Corp.***

Dated: October 26, 2018        By /s/ David J.S. Madgett

                                         MADGETT LAW

                                            David J.S. Madgett (#0390494)
                                            619 South Tenth Street Suite 301
                                            Minneapolis, MN 55404
                                            Phone: (612) 470-6529
                                        dmadgett@madgettlaw.com

***Attorney for Plaintiff Anthony Self***

4818-5859-9289\1