## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Anthony Self,                                               Civil No. 17-2521 (DWF/BRT)

          Plaintiff,

v.                                                          **ORDER FOR DISMISSAL**
                                                              **WITH PREJUDICE**

Credit Acceptance Corp.,

          Defendant.

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on November 5, 2018, (Doc. No. [50]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and fees.

Dated:  November 15, 2018                s/Donovan W. Frank
                                                    DONOVAN W. FRANK
                                                    United States District Judge